# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ROBERT M. SMITH**                                                                 **PLAINTIFF**

**V.**                            **NO. 3:23-CV-00212-JTK**

**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 2nd day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE